UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 1 5 2007

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| ROBERT C. MUZIO, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Between on or about August 1, 2006 and on or about December 21, 2006, within the

Eastern District of Missouri,

**ROBERT C. MUZIO**,

the defendant herein, a person required to register under the Sex Offender Registration and

Notification Act, traveled in interstate commerce and did knowingly fail to register,

In violation of Title 18, United States Code, Section 2250.

A TRUE BILL.

_____

FOREPERSON

1

CATHERINE L. HANAWAY
United States Attorney


_____
CARRIE COSTANTIN, #54734
Assistant United States Attorney